# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE OWENS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-00251-LJO-SAB<br><br>**ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS** |

　　　　Plaintiff Jerry Lee Owens is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On Febraury 19, 2013, Plaintiff filed a complaint.  (ECF No. 1.)  Based upon review of Plaintiff's complaint and his current address, Plaintiff is currently incarcerated in the Tulare County Jail.  Plaintiff filed a motion seeking leave to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The Clerk's Office is directed to send Plaintiff an application to proceed in forma pauperis by a prisoner;

　　　　2.　　　Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative,

1

pay the $350.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause;

3. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his jail trust statement for the six month period immediately preceding the filing of the complaint; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **April 2, 2013**

UNITED STATES MAGISTRATE JUDGE